BEFORE THE SECOND DIVISION, APRIL 5, 1966

**No. P66/19.**—Rohde & Schwarz Sales Co., Inc. *v.* United States, protests 65/7231 and 65/7232 (New York).

Rao, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of instruments in chief value of metal having essential electrical elements, designed to measure the amperage of electricity, not wattage, similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc.,*

*Arrows Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.